1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

RICHARD C.,[1]                                      Case No. CV 19-08555-RAO

12

                Plaintiff,

13

        v.                                          **JUDGMENT OF REMAND**

14

ANDREW M. SAUL, Commissioner of
Social Security,

15
16

                Defendant.

17
18      In accordance with the Memorandum Opinion and Order filed concurrently

19  herewith,

20      IT IS ORDERED AND ADJUDGED that the decision of the Commissioner

21  of Social Security is reversed, and the matter is remanded to the Commissioner for

22  further proceedings consistent with the Memorandum Opinion and Order.

23

24   DATED:    August 31, 2020       _____

                                     ROZELLA A. OLIVER

25                                   UNITED STATES MAGISTRATE JUDGE

26
27  [1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B)
    and the recommendation of the Committee on Court Administration and Case
28  Management of the Judicial Conference of the United States.