NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8977
    Facsimile: 415-744-0134
    e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD COVARRUBIAS, | Case No.: 2:19-cv-08555-RAO |
| Plaintiff, | **[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

      Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and

//

//

//

1   expenses in the amount of $5,800.00 as authorized by 28 U.S.C. § 2412 be
2   awarded subject to the terms of the Stipulation.

4
5   DATED: October 8, 2020

                                      HONORABLE ROZELLA A. OLIVER
                                      UNITED STATES MAGISTRATE JUDGE